IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  11-cv-00576-REB

DAVID L. HILDEBRAND,

      Plaintiff,

v.

ATD TOOLS, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal With Prejudice** [#9][1] filed June 1, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#9] filed June 1, 2011, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated June 2, 2011, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.